**Order entered June 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00627-CV

### IN RE NICHOLAS LACY, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-02981**

## ORDER
Before Justices Francis, Evans, and Schenck

Based on the Court's opinion of this date, we **DENY** relator's May 25, 2018 petition for writ of mandamus.

/s/    DAVID J. SCHENCK
        JUSTICE